IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACKARD CONSTRUCTION CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2042C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of ALAN J. LO RE as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Tele: (202) 307-0277
Facsimile: (202) 514-8624

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

s/Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: September 26, 2003