IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACKARD CONSTRUCTION CORPORATION, Plaintiff, | ) | No. 03-2042C |
| v. | ) | (Judge Bush) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF DIRECTLY-RELATED CASES

Pursuant to Rule 40.2(a)(3) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court take notice that this case, Packard Construction Corporation v. United States, No. 03-2042C (Judge Bush), is directly-related to another case, Packard Construction Corporation v. United States, No. 03-2043C (Judge Block). Both of the above-cited cases center upon one contract (F07603-00-C8207) between plaintiff, Packard Construction Corporation ("Packard"), and the United States Air Force for the construction of a memorial affairs facility at Dover Air Force Base.

On September 4, 2003, Packard filed a complaint in both cases, Packard Construction Corporation v. United States, No. 03-2042C (Judge Bush), and Packard Construction Corporation v. United States, No. 03-2043C (Judge Block). These complaints were filed on the same day, by the same plaintiff, against the same defendant, and upon the same contract. In addition, the same counsel represents Packard in both cases. The earlier-filed case (No. 03-2042C) is premised upon a dispute about the cost of fire alarm equipment that Packard was responsible for installing under the contract. The later-filed case (No. 03-2043C) rests upon a dispute regarding the Government's assessment of liquidated damages against Packard due to delays in contract completion. These cases are directly-related because they involve the same

parties and the same contract. See RCFC 40.2(a)(1). Accordingly, as we demonstrate in our motion, the later-filed case (No. 03-2043C) should be transferred to this Court and consolidated with the earlier-filed case (No. 03-2042C). Transfer of the later-filed case to this Court and consolidation of the two cases is likely to conserve judicial resources and promote an efficient determination of the actions.[1]

For the foregoing reasons, we respectfully request that the Court take notice that Packard Construction Corporation v. United States, No. 03-2042C (Judge Bush), and Packard Construction Corporation v. United States, No. 03-2043C (Judge Block) are directly-related cases.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ KATHRYN A. BLEECKER
KATHRYN A. BLEECKER
Assistant Director

[1] Defendant's Motion to Transfer and Suggestion for Consolidation pursuant to RCFC 40.2(a)(3) accompanies this Notice of Directly-Related Cases.

Of Counsel:
MAJOR LAWRENCE M. ANDERSON
AFLSA-JCAN
1501 Wilson Blvd., Room 606
Arlington, VA 22209
Tel. (703) 696-9319
Fax. (703) 696-9084

s/ ALAN J. LO RE
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0277
Fax. (202) 514-8624

October 30, 2003

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 30, 2003, a copy of the foregoing "NOTICE OF DIRECTLY-RELATED CASES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ ALAN J. LO RE