IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACKARD CONSTRUCTION CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2042C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO STAY THE FILING
OF A RESPONSE TO THE COMPLAINT

Pursuant to Rules 1 and 7(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court stay defendant's obligation to file a response to plaintiff's complaint pending the Court's resolution of the defendant's Notice of Directly-Related Cases and Defendant's Motion to Transfer and Suggestion for Consolidation. Defendant's response to the complaint is currently due on November 3, 2003. At the time of this filing, plaintiff's counsel has indicated that plaintiff does not oppose this motion.

Pursuant to RCFC 40.2(a)(3), defendant is filing today its Notice of Directly-Related Cases, motion to transfer Packard Construction Corporation v. United States, No. 03-2043C (Judge Block), to this Court, and suggestion to consolidate Packard Construction Corporation v. United States, No. 03-2043C (Judge Block), with Packard Construction Corporation v. United States, No. 03-2042C (Judge Bush). A stay of proceedings in this case is within the power and discretion of this Court. See Landis v. North American Co., 299 U.S. 248, 254 (1936). Accordingly, in the interest of efficiency and to best utilize our resources, we request that the filing of a response to plaintiff's complaint be delayed until after the resolution of defendant's

notice and motion.

For the foregoing reasons, defendant respectfully requests the Court grant our motion to stay defendant's obligation to file a response to plaintiff's complaint pending resolution of defendant's Notice of Directly-Related Cases, motion to transfer Packard Construction Corporation v. United States, No. 03-2043C (Judge Block), to this Court, and suggestion to consolidate Packard Construction Corporation v. United States, No. 03-2043C (Judge Block), with Packard Construction Corporation v. United States, No. 03-2042C (Judge Bush).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ KATHRYN A. BLEECKER
KATHRYN A. BLEECKER
Assistant Director

s/ ALAN J. LO RE
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0277
Fax. (202) 514-8624

Of Counsel:
MAJOR LAWRENCE M. ANDERSON
AFLSA-JCAN
1501 Wilson Blvd., Room 606
Arlington, VA 22209
Tel. (703) 696-9319
Fax. (703) 696-9084

October 30, 2003

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 30, 2003, a copy of the foregoing "DEFENDANT'S MOTION TO STAY THE FILING OF A RESPONSE TO THE COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ ALAN J. LO RE