# In the United States Court of Federal Claims

No. 03-2042 C

November 21, 2003

* * * * * * * * * * * * * * * * * * * * * *
PACKARD CONSTRUCTION CORPORATION, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On October 30, 2003, defendant filed an unopposed Motion to Stay the Filing of a Response to the Complaint until the court issues a decision on defendant's motion to transfer and suggestion for consolidation, filed October 30, 2003. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED** and the subject case shall be **STAYED** until further order of the court.

s/Lynn J. Bush
LYNN J. BUSH
Judge