# In the United States Court of Federal Claims

No. 03-2042 C

November 24, 2003

* * * * * * * * * * * * * * * * * * * * * *
PACKARD CONSTRUCTION CORPORATION, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On October 30, 2003, defendant filed a Motion to Transfer and Suggestion for Consolidation. Defendant requests the court to transfer *Packard Construction Corp. v. United States*, No. 03-2043 C (Judge Block) to the undersigned to promote the efficient administration of justice and protect the consistency of the outcome of both cases. Currently before the undersigned is *Packard Construction Corp. v. United States*, No. 03-2042. The defendant states that Case No. 03-2042 and Case No. 03-2043 are centered upon one contract between plaintiff and the U.S. Air Force for the construction of a memorial affairs facility at Dover Air Force Base. The issue set forth in Case No. 03-2042 rests upon a dispute about the cost of fire alarm equipment (plaintiff's claim amounts to $5,441.59) and Case No. 03-2043 involves a government claim for liquidated damages due to delays in contract completion (plaintiff's claim amounts to $45,321.36).

Plaintiff's response to defendant's subject motion was due to be filed on or before November 17, 2003. To date, the court has not received a response from plaintiff. Therefore, the court assumes that plaintiff does not oppose the subject motion.

The court has determined that defendant's motion to transfer will be granted, inasmuch the cases will be transferred to a single judge. However, since Case No. 03-2043 (Judge Block) claim is for a sufficiently higher amount than Case No. 03-2042 (Judge Bush), the court transfers Case No. 03-2042 (Judge Bush) to Judge Block. Consolidation of the two cases shall be addressed and determined in a separate order by Judge Block.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant's Motion to Transfer, filed October 30, 2003, is **GRANTED**, **in part**, inasmuch as one of the cases shall be transferred; and **DENIED, in part**, as to the request to transfer Case No. 03-2042 to Judge Bush.

(2) The necessary agreement by both judges being present, to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), Case No. **03-2042** shall be **TRANSFERRED** to **Judge Lawrence J. Block**.

s/Lynn J. Bush
LYNN J. BUSH
Judge