**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PACKARD CONSTRUCTION CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 03-2042C |
| ) | (Judge Block) |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael S. Dufault as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael S. Dufault
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

Dated: March 21, 2006

/s/ Michael S. Dufault

Michael S. Dufault
Attorney
Commercial Litigation Branch
Civil Division
(202) 353-7961
Fax# (202) 353-7988

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 21, 2006, a copy of the foregoing "Notice of Appearance" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael S. Dufault

Michael S. Dufault